IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fields, Renee K

Printed: 4/8/08

Case Number: 07 B 03843
Judge: Wedoff, Eugene R
Filed: 3/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,600.00 |  |
| Secured: |  | 70.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,443.60 |
| Trustee Fee: |  | 86.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 1,443.60 |
| 2. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 3. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 4. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 5. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 6. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 8. | Beneficial Illinois Inc | Secured | 1,542.42 | 70.00 |
| 9. | National City Mortgage Co | Secured | 182.85 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 11. | Beneficial Illinois Inc | Unsecured | 2.77 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 80.18 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 6.18 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 183.00 | 0.00 |
| 15. | Capital One | Unsecured | 323.75 | 0.00 |
| 16. | Newport News | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,745.15 | $ 1,513.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 86.40 |
|  | _____ |
|  | $ 86.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fields, Renee K

Printed:  4/8/08

Case Number:  07 B 03843
Judge:  Wedoff, Eugene R
Filed:  3/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

